Robert B. Jobe (State Bar # 133089)
LAW OFFICE OF ROBERT B. JOBE
100 Bush Street, Suite 1300
San Francisco, CA 94104
415-956-5513
federal@jobelaw.com

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Harpreet Singh,<br>*Petitioner,*<br><br>v.<br><br>Orestes Cruz, et al.,<br>*Respondent(s).* | Case No. 1:26-cv-02153-TLN-CSK<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND SETTING BRIEFING SCHEDULE** |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND SETTING BRIEFING SCHEDULE**

The Court has considered Petitioner's Motion for Administrative Relief (L.R. 233) for Leave to File Supplemental Brief and to Set Briefing Schedule. Good cause appearing, the Court ORDERS as follows:

1. The motion is GRANTED.

2. Petitioner's Supplemental Brief in Support of Motion to Enforce Order and for Emergency Relief and the Supplemental Declaration of Robert B. Jobe, with Exhibits T through X, are deemed filed as of the date of this order.

3. Respondents shall file any response to the Motion to Enforce Order (ECF No. 9) and the Supplemental Brief within seven (7) days of the date of this order.

4. Petitioner may file a reply within three (3) days after Respondents file their response.

5. Unless the Court orders otherwise, the motion will stand submitted on the papers when the reply is filed or the time to file it expires.

IT IS SO ORDERED.

Date: October 14, 2026

Troy L. Nunley
Chief United States District Judge