Robert B. Jobe (State Bar # 133089)
LAW OFFICE OF ROBERT B. JOBE
100 Bush Street, Suite 1300
San Francisco, CA 94104
415-956-5513
federal@jobelaw.com

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

HARPREET SINGH,

Petitioner,

v.

ORESTES CRUZ, et al.,

Respondents.

Case No. 1:26-cv-02153-TLN-CSK

**ORDER GRANTING PETITIONER'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE STATUS REPORT AND SUPPLEMENTAL MEMORANDUM**

The Court has considered Petitioner's Motion for Administrative Relief (L.R. 233) for Leave to File Status Report and Supplemental Memorandum Regarding November 2, 2026 Immigration Judge Decision (ECF No. 22). Good cause appearing, the Court ORDERS as follows:

1. The motion is GRANTED.

2. Petitioner's Status Report (ECF No. 22-1), Supplemental Memorandum with Appendix A (ECF No. 22-2), and Second Supplemental Declaration of Robert B. Jobe (ECF No. 22-3) with Exhibits Y through AA (ECF No. 22-4) are deemed filed as of the date of this order.

3. Respondents may file a response, not to exceed five pages, within seven (7) days of the date of this order.

4. Unless the Court orders otherwise, the Petition (ECF No. 1) and the Motion to Enforce (ECF No. 9) will stand submitted on the papers when Respondents file their response or the time to do so expires.

IT IS SO ORDERED.

Date: November 13, 2026

Troy L. Nunley
Chief United States District Judge